OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

10/1/2014

OWENS, RONALD JAMES     Tr. Ct. No. 1369845-A

WR-82,214-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RTS
Discharge?

RONALD JAMES OWENS
SEGOVIA UNIT - TDC # 1876740
1201 E. CIBOLO RD.
EDINBURG, TX 78539

N S N

HMEBN3B 78542